**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

JANE DOE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BMO BANK, N.A.,

Defendant.

CIVIL ACTION NO. 2:26-cv-04283

JUDGE James D Cain, Jr.
MAGISTRATE JUDGE Thomas P LeBlanc

**STIPULATED ORDER REGARDING ACCEPTANCE OF SERVICE AND SCHEDULE FOR RESPONSE TO THE COMPLAINT**

Considering the Joint Motion for Entry of Stipulated Order Regarding Acceptance of Service and Schedule for Response to the Complaint filed by Plaintiff Jane Doe and Defendant BMO Bank, N.A. ("BMO"), and finding good cause,

IT IS ORDERED that the Joint Motion is GRANTED.

IT IS FURTHER ORDERED that BMO is deemed served with the Summons and Complaint effective November 10, 2026. BMO has waived any objection to the sufficiency of process and of service of process under Federal Rule of Civil Procedure 12(b)(4) and 12(b)(5), and has preserved all other defenses, objections, and rights, including any defense or objection based on lack of personal jurisdiction, improper venue, or failure to state a claim.

IT IS FURTHER ORDERED that BMO shall answer, move, or otherwise respond to the Complaint on or before January 15, 2027.

IT IS FURTHER ORDERED that, if BMO files a motion directed to the Complaint, Plaintiff shall file her opposition on or before February 26, 2027, and BMO shall file any reply on or before March 26, 2027.

THUS DONE AND SIGNED in Chambers, this 12th day of November, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE